IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DALE KEVIN MCNEILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 16-757-CFC |
| | ) |
| DONALD SNOW, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Dale Kevin McNeill ("Plaintiff"), a prisoner housed at the Howard R. Young Correctional Institution, Wilmington, Delaware, filed this action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act, 42 U.S.C. § 12131.

On December 5, 2019, the Court entered a Memorandum Opinion and Order that disposed of several motions and closed the case. (D.I. 69, 70) Plaintiff filed a Notice of Appeal on December 18, 2019. (D.I. 72) While the appeal was pending Plaintiff filed a motion for "preliminary injunction relief" and asked the Court to address his "release from the hands of a department of people that do not have interest in [his] medical issues nor [his] life." (D.I. 78)

On August 7, 2020, the United States Court of Appeals for the Third Circuit affirmed the dismissal of the case. (*See* D.I. 79) The Appellate Court stated, "the record evidence demonstrates that McNeill received continuous and ongoing medical treatment for his injuries and lingering medical issues. McNeill failed to submit evidence demonstrating that the medical treatment decisions fell below any profession standards

1

of care. Rather, his allegations amounted to disagreements in treatment, and are therefore not actionable."

Plaintiff's medical claims have been decided and he is not entitled to relief. In addition, to the extent Plaintiff is challenging the fact or duration of his confinement, his sole federal remedy is by way of habeas corpus. See *Preiser v. Rodriguez*, 411 U.S. 475 (1973); see also *Torrence v. Thompson*, 435 F. App'x 56 (3d Cir. 2011).

THEREFORE, at Wilmington this 14th day of January, 2021, IT IS ORDERED that Plaintiff's motion for injunctive relief is DENIED. (D.I. 78)

_____
UNITED STATES DISTRICT JUDGE